THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v*. ARTHUR SULLIVAN, Respondent.

Argued November 28, 1951; decided January 10, 1952.

*John P. McGrath, Corporation Counsel* (*Samuel D. Johnson* and *Seymour B. Quel* of counsel), for appellant.

*Sidney M. Block* for respondent.

*Harold J. Drescher* for Carey Cadillac Renting Company, Inc., *amicus curiæ,* in support of respondent's position.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.